Argued August 19, affirmed August 29, 1977

BARTEL et al, *Appellants,*
*v.*
STATE BOARD OF HIGHER EDUCATION,
*Respondent.*
(No. 76-1067, CA 7640)
567 P2d 1096

Robert L. Ackerman, Springfield, argued the cause for appellant. With him on the brief was Ackerman & DeWenter, Springfield.

Al J. Laue, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Affirmed. ORS 28.020; *Vendrell v. School District No. 26C et al,* 226 Or 263, 360 P2d 282 (1961).